# NO. 12-08-00412-CR
# NO. 12-08-00413-CR
# NO. 12-08-00414-CR
# NO. 12-08-00415-CR
# NO. 12-08-00416-CR
# NO. 12-08-00417-CR
# NO. 12-08-00418-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *BOBBY DARRELL DYKES,* *APPELLANT* | § | *APPEAL FROM THE 7TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Bobby Darrell Dykes, attempts to appeal from an order denying his motion for an out of time motion for new trial in seven cause numbers. As a general rule, an appeal in a criminal case may be taken only from a judgment of conviction. *See **Workman v. State***, 170 Tex. Crim. 621, 622, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961). However, there are certain narrow exceptions. ***Wright v. State***, 969 S.W.2d 588, 589 (Tex. App.–Dallas 1998, no pet.) (listing exceptions). The order Appellant complains of is not a judgment of conviction nor does it fall within any exception to the general rule. Therefore, we have no jurisdiction over the appeals.

On October 16, 2008, this court notified Appellant that the information received in these appeals does not include a final judgment or other appealable order and therefore does not show the jurisdiction of this court. *See* TEX. R. APP. P. 37.2. Appellant was further notified that the appeals

would be dismissed unless the information was amended on or before October 27, 2008 to show the jurisdiction of this court. *See* TEX. R. APP. P. 44.3. This deadline has now passed, and Appellant has neither shown the jurisdiction of this court or otherwise responded to its October 16, 2008 notice. Accordingly, the appeals are ***dismissed for want of jurisdiction***. *See* TEX. R. APP. P. 42.3(a).

Opinion delivered October 31, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)

2